UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**WILLIAM SWARVAR,**

    Plaintiff,

-vs-                                  CASE NO: 1:14-cv-1302
                                        HON.: PAUL L. MALONEY

**MUSKEGON CHARTER TOWNSHIP,
MATTHEW ANDERSON, and JOSEPH
LUCE, in their individual and official capacities,**

    Defendants.

| CHRISTOPHER TRAINOR & ASSOCIATES<br>CHRISTOPHER J. TRAINOR (P42449)<br>AMY J. DEROUIN (P70514)<br>Attorneys for Plaintiff<br>9750 Highland Road<br>White Lake, MI 48386<br>(248) 886-8650<br>amy.derouin@cjtrainor.com | McGRAW MORRIS, PC<br>G. GUS MORRIS (P32960)<br>Attorneys for Defendants<br>2075 W. Big Beaver Road, Ste. 750<br>Troy, MI 48084-3433<br>248-502-4000<br>248-502-4001-fax<br>gmorris@mcgrawmorris.com |
|---|---|

**STIPULATED ORDER REGARDING BRIEFING ON DISPOSITIVE MOTION AND FACILITATION**

    THIS MATTER having been brought before this Honorable Court upon the parties' stipulation to the entry of an Order adjourning the date to file a response and reply to the pending dispositive motion [Doc. #25] until after the parties attend facilitation on May 17, 2016 with Ms. Pamela Enslen, Esq., and the Court being fully advised in the premises,

    UPON STIPULATION of the parties, by and through their attorneys, good cause is shown as follows:

    1.    On March 24, 2016, Defendants filed their Motion for Summary Judgement [Doc. #25].

    2.    The parties have agreed to facilitate this matter on May 17, 2016.

1

3. That in order to avoid creating additional work for the Court and escalating litigation costs in the event that this matter can be resolved outside court, the parties have agreed to adjourn the dates by which a response and reply to the pending dispositive motion must be filed until after the May 17, 2016 facilitation.

4. Thus, the parties have stipulated and agreed to the following briefing schedule with respect to the pending dispositive motion [Doc. #25]: Plaintiff's response shall be filed on or before June 1, 2016, and Defendants' reply shall be filed on or before June 22, 2016.

IT IS HEREBY STIPULATED AND AGREED:

By: **Amy J. DeRouin**  
   AMY J. DEROUIN (P70514)  
   Attorney for Plaintiff

By: **G. Gus Morris (with permission)**  
   G. GUS MORRIS (P32960)  
   Attorney for Defendants

**IT IS SO ORDERED**.

Date: April 21, 2016

 /s/ Paul L. Maloney  
Paul L. Maloney  
United States District Judge