REPORT FOLLOWING
VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:14-CV-01302 | William Swarver v. Muskegon Township etal | 05/17/2016 |

**PARTIES**

Attendees

| Name | On Behalf Of |
|---|---|
| William Swarver | Plaintiff |
| Deanna Swarvar | Plaintiff |
| Paul Spofford | Plaintiff |
| Michael Spofford | Plaintiff |
| Ken Sanford | Defendant |
| Jessica Jackson | Defendant |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Amy J. DeRouin | Plaintiff |
| G. Gus Morris | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:   ☑ Case settled in full - Final paperwork will be filed by:
         ☐ Mediation continuing - Date of Next Session
         ☐ Not settled - Mediation Completed

Dated: May 18, 2016

Pamela C. Enslen
Pamela C. Enslen
Mediator