UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

WILLIAM SWARVAR,

    Plaintiff,

v

MUSKEGON CHARTER TOWNSHIP, MATTHEW ANDERSON and JOSEPH LUCE, in their individual and official capacities,

    Defendants.

CASE #1:14-cv-1302

HON. PAUL L. MALONEY

---

CHRISTOPHER J TRAINOR (P42449)
AMY J. DEROUIN (P70514)
CHRISTOPHER TRAINOR & ASSOCIATES
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI   48386
(248) 886-8650
Amy.derouin@cjtrainor.com

G. GUS MORRIS (P32060)
**McGRAW MORRIS** P.C.
Attorneys for Muskegon Charter Township, Matthew Anderson and Joseph Luce
2075 W. Big Beaver Road, Ste. 750
Troy, MI   48084
(248) 502-4000
gmorris@mcgrawmorris.com

---

**STIPULATED ORDER OF DISMISSAL OF DEFENDANTS, MUSKEGON CHARTER TOWNSHIP, MATTHEW ANDERSON AND JOSEPH LUCE, WITH PREJUDICEAND WITHOUT COSTS AND ATTORNEY FEES AS TO PLAINTIFFS AND SAID DEFENDANTS**

---

    The parties having resolved this matter, and the Court being fully advised in the premises;

    NOW, THEREFORE;

IT IS HEREBY ORDERED that this matter be and hereby is dismissed as to Defendants, MUSKEGON CHARTER TOWNSHIP, MATTHEW ANDERSON, and JOSEPH LUCE, with prejudice and without costs and attorney fees as to all Plaintiffs and said Defendants.

The entry of this Order does conclude this case.

HON. PAUL L. MALONEY
U.S. DISTRICT COURT JUDGE

STIPULATED AND AGREED:

**McGRAW MORRIS P.C.**

BY: s/Amy J. Derouin w/permission
CHRISTOPHER J TRAINOR (P42449)
AMY J. DEROUIN (P70514)
CHRISTOPHER TRAINOR & ASSOCIATES
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI   48386
(248) 886-8650
Amy.derouin@cjtrainor.com

BY: s/ G. GUS MORRIS
G. GUS MORRIS (P32960)
Attorney for Defendants
2075 W. Big Beaver Road, Ste. 750
Troy, MI   48084
(248) 502-4000
gmorris@mcgrawmorris.com

2